AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Johnny Mitchum, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-0213-DCN |
| United States of America, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                .

Date:    07/17/2023

s/ Austin McCullough
*Attorney's signature*

Austin McCullough (14050)
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
*Address*

austin.mccullough@usdoj.gov
*E-mail address*

(843) 266-1609
*Telephone number*

(843) 727-4443
*FAX number*